UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EFRAIN PONCE PLIEGO ET AL.,
                Plaintiffs,        21-cv-8037 (JGK)

    - against -                  ORDER

MON CHER MARKET INC. ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a status report by __4/22__, 2022.

SO ORDERED.
Dated:    New York, New York
           April 11, 2022

                                                  _____
                                                  John G. Koeltl
                                           United States District Judge