UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

EFRAIN PONCE PLIEGO ET AL.,
                Plaintiffs,      21-cv-8037 (JGK)

- against -                ORDER

MON CHER MARKET INC. ET AL.,
                Defendants.
---

JOHN G. KOELTL, District Judge:

    Pursuant to the scheduling order in this case, ECF No. 21, the close of discovery was May 28, 2022. Id. ¶¶ 7, 9. In the absence of a dispositive motion, the deadline for the parties to file a Joint Pre-Trial Order and other pre-trial documents was 40 days thereafter. Id. ¶ 14. That time has passed. The parties should file a Joint Pre-Trial Order together with requests to charge, voir dire requests, and motions in limine by **August 5, 2022**. Responses and objections are due **August 12, 2022**. The case is ready for trial, 48 hours' notice on **September 9, 2022**.

SO ORDERED.
Dated:    New York, New York
           July 15, 2022

                                            John G. Koeltl
                                    United States District Judge